J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

*ORIGINAL FILED*
*FEB 13 2008*
*Richard W. Wieking*
*Clerk, U.S. District Court*
*Northern District of California*
*San Jose*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>John Baptiste and Does 1 – 10, inclusive,<br><br>　　　　　　Defendants. | Case No. C08 00937 WHA<br><br>NOTICE OF INTERESTED PARTIES<br><br>CIVIL LOCAL RULE 3-16(c)(1) |

　　　　Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 13, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
　　J. Andrew Coombs
　　Annie S. Wang
Attorney for Plaintiff Adobe Systems Incorporated