1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7
   John Baptiste
8  10420 Lake Terrace
   Hurst, Texas 76053
9
   Defendant, *in pro se*
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Adobe Systems Incorporated, | ) Case No. CV 08-937 WHA |
|---|---|
| Plaintiff, | ) STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| v. | ) PURSUANT TO LOCAL RULE 6-1 |
| John Baptiste and Does 1 – 10, inclusive, | ) |
| Defendants. | ) |

PLAINTIFF, Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its counsel of record, Annie Wang, of J. Andrew Coombs, A P.C., and Defendant John Baptiste ("Defendant"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Complaint was filed in the above-captioned matter on or about February 13, 2008;

WHEREAS Plaintiff caused the Summons and Complaint to be served on Defendant on or about February 20, 2008;

WHEREAS Defendant's time to respond to the Complaint was to initially occur on or about March 11, 2008;

Adobe v. Baptiste, et al.: Stip. to extend time 6-1            - 1 -

WHEREAS Adobe and Defendant are attempting to resolve the claims alleged in the Complaint herein;

WHEREAS providing Defendant additional time within which to move, plead or otherwise respond to the Complaint will enable the Parties to continue to engage in meaningful settlement discussions;

WHEREAS Defendant proposes to move, plead or otherwise respond to the Complaint in the event the Parties are unable to resolve this matter;

WHEREAS this Stipulation need not be approved by the Judge because the stipulation will not change or alter the day of any event or deadline already fixed by Court order pursuant to Local Rule 6-1; and

NOW, THEREFORE, Adobe and Defendant stipulate and agree that Defendant shall have through and until March 31, 2008, to respond to the Complaint.

DATED: February\_\_, 2008         J. Andrew Coombs, A Professional Corp.


\_\_\_\_/s/ Annie S. Wang_____
J. Andrew Coombs
Annie Wang
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: February\_\_, 2008         John Baptiste


_____
John Baptiste
Defendant, *in pro se*

WHEREAS Adobe and Defendant are attempting to resolve the claims alleged in the Complaint herein;

WHEREAS providing Defendant additional time within which to move, plead or otherwise respond to the Complaint will enable the Parties to continue to engage in meaningful settlement discussions;

WHEREAS Defendant proposes to move, plead or otherwise respond to the Complaint in the event the Parties are unable to resolve this matter;

WHEREAS this Stipulation need not be approved by the Judge because the stipulation will not change or alter the day of any event or deadline already fixed by Court order pursuant to Local Rule 6-1; and

NOW, THEREFORE, Adobe and Defendant stipulate and agree that Defendant shall have through and until March 31, 2008, to respond to the Complaint.

DATED: February ___, 2008          J. Andrew Coombs, A Professional Corp.


_____
J. Andrew Coombs
Annie Wang
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: February ___, 2008          John Baptiste

                                    _____  3/3/2008
                                    John Baptiste
                                    Defendant, *In pro se*

## **PROOF** OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On March 4, 2008, I served on the interested parties in this action with the:

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1

for the following civil action:

Adobe Systems Incorporated v. John Baptiste, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

John Baptiste
10420 Lake Terrace
Hurst, Texas 76053

Place of Mailing: Glendale, California
Executed on March 4, 2008, at Glendale, California

_____
Katrina Bartolome