United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BAPTISTE, ET AL.,<br><br>Defendant.<br>_____/ | No. C 08-00937 WHA<br><br>**ORDER APPROVING JOINT STIPULATION FOR PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE SUBJECT TO STATED CONDITION** |

The parties joint stipulation for permanent injunction and dismissal with prejudice is hereby **APPROVED**, except the Court will only retain jurisdiction of this matter for one year.

**IT IS SO ORDERED.**

Dated: April 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE